IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| AFFIDAVIT IN SUPPORT OF ) <br> APPLICATION FOR ) <br> CRIMINAL COMPLAINT ) <br> ) <br> ) | Case No.   4:24-mj-278 <br><br> **[FILED UNDER SEAL]** |

## INTRODUCTION AND AGENT BACKGROUND

I, Chris Thomas, having been duly sworn on oath, do depose and state as follows:

1.  I am a Special Agent with the Iowa Department of Public Safety, Division of Criminal Investigation (DCI) and have been since April 2006. I have successfully completed twenty weeks of Law Enforcement Training at the Iowa Department of Public Safety Training Center. Since November 2013, as part of my duties as a DCI agent, I am assigned to the DCI Cyber Crime Unit and the Iowa Internet Crimes Against Children Task Force. I have investigated criminal violations relating to child exploitation and child pornography, including violations pertaining to the production, transportation, distribution, receipt and possession of child pornography, in violation of 18 U.S.C. §§ 2251, 2252, and 2252A, and criminal violations pertaining to Iowa Code Chapter 728. I have received training in the area of child pornography and child exploitation, including training from the Internet Crimes Against Children Task Force, and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256, and as in Iowa Code Chapter 728) in all forms of media including computer media. In my previous assignment, I was assigned to the DCI Major Crime Unit, in which I also

FILED
By: Clerk's Office, Southern District of Iowa
3:51 pm, Jun 17 2024

4:24-mj-278

investigated criminal violations relating to child exploitation and child pornography, but also received training in and was assigned investigations of, but not limited to, death and homicide investigations, violent crime offenses, assault offenses, fraud, and sexual based crimes. I was also previously assigned as a Federal Task Force Officer to the United States Internal Revenue Service-Criminal Investigations. From February 2014 to approximately November 2016, I was sworn and was a part of the FBI Cyber Task Force based in Omaha, Nebraska, in which I was assigned cases involving criminal computer intrusions. In my work with regard to child exploitation and pornography, I have sought and obtained multiple search warrants, which have resulted in the seizure of materials associated with child exploitation and pornography.

2. I am a sworn Task Force Officer with the Federal Bureau of Investigation (FBI) Human Trafficking and Child Exploitation Task Force. As part of my current duties, I have, since approximately July 2017, been a part of the FBI's Human Trafficking and Child Exploitation Task Force based in Omaha, Nebraska.

3. **Federal Authority.** As a result of my involvement with the FBI Child Exploitation Task Force, I have received special federal deputation authority, which among other things, allows me to seek and execute arrest and search warrants supporting a federal task force.

4. **Sources of Information Supporting Probable Cause.** The facts in this affidavit come from my personal observations and investigation, my training and experience, and information obtained from other agents and witnesses, and other

4:24-mj-278

police agencies, including law enforcement officers with the Osceola Police Department in Clarke County, Iowa.

5.  Because the information in this affidavit is provided for the limited purpose of establishing probable cause that **Luis Nathan Hernandez Jr.** committed the below-described offenses, I have not included each and every fact known to me concerning this investigation. Additionally, unless otherwise indicated, wherever in this affidavit I assert that an individual made a statement, that statement is described in substance herein and is not intended to be a verbatim recitation of such statement. Furthermore, unless otherwise indicated, all statements contained in this affidavit are summaries in substance and in part. The following is true to the best of my knowledge and belief.

6.  As will be shown, there is probable cause to believe that Luis Nathan Hernandez Jr., on or about March 31, 2024, committed the offense of Production and Attempted Production of Child Pornography in violation of 18 U.S.C. §§ 2251(a) and (e). Additionally, there is probable cause to believe that Luis Nathan Hernandez Jr., committed this offense in violation of 18 U.S.C. § 2251 at a time when Hernandez was required to register as a sex offender under the laws of the State of Iowa and, therefore, Hernandez committed the offense of Offense by a Registered Sex Offender, in violation of 18 U.S.C. § 2260A. Additionally, there is probable cause to believe that Luis Nathan Hernandez Jr., on or about March 31, 2024, committed the offense of Receipt and Attempted Receipt of Child Pornography in violation of 18 U.S.C. §§ 2252A(a)(2) and (b)(1).

4:24-mj-278

## PROBABLE CAUSE

7. **Defendant:** The defendant in this investigation is Luis Nathan Hernandez Jr. (hereafter also referred to as "Hernandez") (DOB XX/XX/1976).

8. **Venue:** The facts and circumstances alleged in this affidavit occurred within the Southern District of Iowa, namely, in or about Centerville, Iowa, located in Appanoose County.

9. **Identified Victim:** There is one identified victim of the offenses discussed herein. That victim is a minor female, Minor Victim #1, age eleven (DOB XX/XX/2012).

10. **Offenses:** Hernandez committed the following violations of federal law.

    a. On or about March 31, 2024, Luis Nathan Hernandez Jr., committed the offense of Production and Attempted Production of Child Pornography, in violation of 18 U.S.C. §§ 2251(a) and (e). That statute makes it a federal criminal offense for any person to use . . any minor to engage in . . . any sexually explicit conduct for the purpose of producing any visual depiction of such conduct . . . , or attempting or conspiring to do so, if such person knows or has reason to know that such visual depiction will be transmitted using any means or facility of interstate or foreign commerce or if that visual depiction was produced using materials that have been transported in interstate or foreign commerce or if such visual

4

4:24-mj-278

depiction has actually been transmitted using any means or facility of interstate or foreign commerce.

b. On or about March 31, 2024, Luis Nathan Hernandez Jr., committed the offense of Offense by a Registered Sex Offender, in violation of 18 U.S.C. § 2260A. That statute states "Whoever, being required by Federal or other law to register as a sex offender, commits a felony offense involving a minor under section . . . 2251 . . . shall be sentenced to a term of imprisonment of 10 years in addition to the imprisonment imposed for the offense under that provision."

c. On or about March 31, 2024, Luis Nathan Hernandez Jr., committed the offense of Receipt and Attempted Receipt of Child Pornography, in violation of 18 U.S.C. §§ 2252A(a)(2) and (b)(1). That statute makes it a federal criminal offense for any person to knowingly receive, or attempt or conspire to receive, any child pornography, as defined in 18 U.S.C. § 2256(8), using any means or facility of interstate or foreign commerce or that has been mailed, or has been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

11. **Criminal Conduct:** On April 1, 2024, Osceola Police Department (Iowa) was dispatched to a residence in Osceola, IA for a complaint involving child exploitation. The mother of 11-year-old Minor Victim #1 (hereafter referred to as

5

4:24-mj-278

"Mom") advised the police that she viewed Minor Victim #1's cell phone and discovered text messages between Minor Victim #1 and Luis Hernandez. Mom advised that Hernandez was text messaging Minor Victim #1 from the phone number of 641-XXX-0977. [Note: This complete number is known to law enforcement, but partially withheld here and throughout this affidavit.] Mom knew Hernandez personally. Mom informed officers that the texts she discovered between Minor Victim #1 and Hernandez showed Hernandez was soliciting and receiving images and videos of Minor Victim #1 depicting Minor Victim #1's breasts and genitals.

12.     Osceola Police went to the school of Minor Victim #1 and spoke with Minor Victim #1. Minor Victim #1 informed Osceola Police that on March 31, 2024 she was at her grandpa's house in small town in Appanoose, County (near Centerville, Iowa). During this time Minor Victim #1 stated Hernandez solicited nude images and videos from her and that Minor Victim #1 sent nude videos of herself to Hernandez. Mom signed a consent form for police to search and seize Minor Victim #1's cell phone.

13.     Osceola Police obtained legal process for the Verizon cell phone number of 641-XXX-0977. Verizon responsive records show this cell phone number is registered to Luis Hernandez with a listed address in the 400 block of S 18th Street in Centerville, IA 52544.

14.     On April 17, 2024 Osceola Police and other law enforcement officers executed a search warrant at Hernandez's residence in the 400 block of S 18th Street

4:24-mj-278

in Centerville, Iowa. Police seized several electronic devices. Hernandez was present when law enforcement executed the search warrant.

15. Minor Victim #1's cell phone was forensically examined by law enforcement. I have viewed the forensic exam of the cell phone. The following are text messages located on Minor Victim #1's cell phone between Luis Hernandez (at 641-XXX-0977) and Minor Victim #1. At least some of these text messages appear to have been deleted by the user, but the forensic software was able to recover them[1]:

| From | To | Body | Timestamp: Time |
| --- | --- | --- | --- |
| Minor Victim #1 | Luis Hernandez | Hi this is [real first name of Minor Victim #1] | 3/31/2024 8:30:27 PM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | Hello | 3/31/2024 8:33:14 PM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | Hi sweetie what you doing | 3/31/2024 9:03:08 PM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | *[Minor Victim #1 sends a photo of a dog on a leash.]* | 3/31/2024 9:05:10 PM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | You out walking | 3/31/2024 9:07:31 PM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | Yes | 3/31/2024 9:11:15 PM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | I love you so much | 3/31/2024 9:11:35 PM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | Love you to | 3/31/2024 9:19:52 PM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | My shose are wet | 3/31/2024 9:29:06 PM(UTC+0) |

---

[1] The chart below sets forth the messages in a more readable format. The body of the text (the content) is a verbatim copy of the message, inclusive of any spelling and grammatical errors, except where noted by bracketing. Where a file was sent, that file is described in summary in italics and brackets. The files described were available to investigators and I have viewed and listened to the files described. In Minor Victim #1's phone the name "Luis Hernandez" was assigned to 641-XXX-0977. The time is listed in UTC+0 format. Iowa is 5 hours behind UTC+0 time in late March. Thus, for example, 8:30PM (UTC+0) means the message was sent at 3:30PM Iowa time.

7

| | | | |
|---|---|---|---|
| Minor Victim #1 | Luis Hernandez | I will do something to night and went my mom go to work | 3/31/2024 9:30:19 PM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | [Minor Victim #1 sends a photo of her face. Minor Victim #1 is clothed.] | 3/31/2024 9:33:16 PM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | are you home | 3/31/2024 9:39:07 PM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | Or not | 3/31/2024 9:39:13 PM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | Hello | 3/31/2024 9:45:22 PM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | Ucle Luis | 3/31/2024 9:45:36 PM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | I'm home | 3/31/2024 9:53:36 PM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | What you doing | 3/31/2024 9:59:10 PM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | [Minor victim #1 sends an audio recorded voice note] | 3/31/2024 10:04:22 PM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | [Minor victim #1 sends an audio recorded voice note] | 3/31/2024 10:04:46 PM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | She get mad at you for texting me | 3/31/2024 10:05:56 PM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | No it is outside | 3/31/2024 10:06:13 PM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | Like your picture sweetie | 3/31/2024 10:08:28 PM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | Thank you | 3/31/2024 10:08:47 PM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | So what you doing now | 3/31/2024 10:12:24 PM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | I just listen to my music | 3/31/2024 10:13:14 PM(UTC+0) |

| | | | |
|---|---|---|---|
| Minor Victim #1 | Luis Hernandez | What are you doing | 3/31/2024 10:13:37 PM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | Okay | 3/31/2024 10:16:16 PM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | Relaxing on the couch | 3/31/2024 10:16:45 PM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | Letter I will show you my Body parts okay | 3/31/2024 10:17:55 PM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | Be for ever one go to sleep | 3/31/2024 10:18:24 PM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | I am Relaxing on the bed | 3/31/2024 10:29:03 PM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | I'm thinking about drawing | 3/31/2024 10:43:34 PM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | Oh | 3/31/2024 10:43:55 PM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | Don't fall asleep | 3/31/2024 10:51:20 PM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | Okay | 3/31/2024 10:51:32 PM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | Talk to me sweetie | 3/31/2024 10:57:48 PM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | I was Watching on youtube shorts | 3/31/2024 10:58:26 PM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | And why you relaxing on the bed | 3/31/2024 10:58:44 PM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | I am just lazy | 3/31/2024 11:00:03 PM(UTC+0) |

4:24-mj-278

| | | | |
|---|---|---|---|
| Minor Victim #1 | Luis Hernandez | I am doing on the bed | 3/31/2024 11:03:42 PM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | *[Minor victim #1 sends a photo of an object being inserted into a vagina. No face is visible.]* | 3/31/2024 11:04:10 PM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | This on the bed | 3/31/2024 11:05:48 PM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | You like that | 3/31/2024 11:13:17 PM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | I am done because my mom | 3/31/2024 11:13:48 PM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | What do you mean cause your mom | 3/31/2024 11:14:51 PM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | Hey buger button | 3/31/2024 11:23:19 PM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | Butt | 3/31/2024 11:23:21 PM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | What 😂😂😂 | 3/31/2024 11:24:08 PM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | Do you still have snap chat | 3/31/2024 11:25:38 PM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | No | 3/31/2024 11:26:33 PM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | Why not | 3/31/2024 11:26:57 PM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | Because my mom | 3/31/2024 11:28:04 PM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | Did your mom walk in on you earlier | 3/31/2024 11:29:06 PM(UTC+0) |

10

| | | | |
|---|---|---|---|
| Minor Victim #1 | Luis Hernandez | No | 3/31/2024 11:30:19 PM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | But I can't download snap chat | 3/31/2024 11:30:53 PM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | Ok | 3/31/2024 11:31:07 PM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | So how you going to send me pictures | 3/31/2024 11:31:41 PM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | *[Minor victim #1 sends a photo depicting two sandwiches.]* | 3/31/2024 11:37:02 PM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | You eating | 3/31/2024 11:39:56 PM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | Yes | 3/31/2024 11:40:17 PM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | Me to | 3/31/2024 11:40:35 PM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | Do yall have school tomorrow | 3/31/2024 11:43:02 PM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | Yes | 3/31/2024 11:44:49 PM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | You have to take a shower later don't you | 3/31/2024 11:47:16 PM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | Yes I am taking a shower now | 3/31/2024 11:48:05 PM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | 01are you really | 3/31/2024 11:50:09 PM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | Then it's time for bed | 3/31/2024 11:52:21 PM(UTC+0) |

| | | | |
|---|---|---|---|
| Minor Victim #1 | Luis Hernandez | 8:00 | 3/31/2024 11:52:54 PM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | What you doing now | 3/31/2024 11:54:59 PM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | I am going to take a shower | 3/31/2024 11:55:33 PM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | But my bothers are in the bathroom | 3/31/2024 11:56:04 PM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | You waiting on them to get out | 3/31/2024 11:56:53 PM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | Yes | 3/31/2024 11:57:26 PM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | Am I going in there with you | 3/31/2024 11:58:45 PM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | Okay | 3/31/2024 11:59:22 PM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | Do you want me in there | 3/31/2024 11:59:50 PM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | Take a shower | 4/1/2024 12:00:57 AM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | Yes | 4/1/2024 12:01:01 AM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | Are you in there | 4/1/2024 12:02:31 AM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | No | 4/1/2024 12:02:53 AM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | Not yet | 4/1/2024 12:02:59 AM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | Ok | 4/1/2024 12:04:16 AM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | I am writing for my bother | 4/1/2024 12:05:57 AM(UTC+0) |

4:24-mj-278

| | | | |
|---|---|---|---|
| Luis Hernandez | Minor Victim #1 | Ok | 4/1/2024 12:07:45 AM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | I am in the bathroom | 4/1/2024 12:07:49 AM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | Ok | 4/1/2024 12:08:18 AM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | *[Minor victim #1 sends a video of her in the shower, her face is viewable briefly, she then shows her bare vagina and masturbates.]* | 4/1/2024 12:09:26 AM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | That is for you | 4/1/2024 12:09:35 AM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | What else you have sweetie | 4/1/2024 12:12:02 AM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | *[Minor victim #1 sends a photo of a female topless with breasts exposed, her face is not viewable.]* | 4/1/2024 12:14:43 AM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | Send me a few more spread them baby | 4/1/2024 12:16:10 AM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | Okay | 4/1/2024 12:16:29 AM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | Even a picture of your whole body with your face sweetie | 4/1/2024 12:17:23 AM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | *[Minor victim #1 sends a video of an object being inserted into a bare vagina/ masturbating. No face is visible.]* | 4/1/2024 12:19:07 AM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | *[Minor victim #1 sends a video of herself, she is clothed, by her facial reactions and body movements, it appears as if Minor Victim #1 is masturbating.]* | 4/1/2024 12:19:43 AM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | I love you so much baby | 4/1/2024 12:20:20 AM(UTC+0) |

13

| Luis Hernandez | Minor Victim #1 | You need to make sure you delete those ok | 4/1/2024 12:24:12 AM(UTC+0) |
|---|---|---|---|
| Minor Victim #1 | Luis Hernandez | Okay | 4/1/2024 12:24:33 AM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | So when do I get to see more | 4/1/2024 12:25:21 AM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | I did | 4/1/2024 12:25:28 AM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | You waiting for everyone to go to bed | 4/1/2024 12:27:22 AM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | Okay | 4/1/2024 12:27:36 AM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | You going to fall asleep on me | 4/1/2024 12:28:17 AM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | No | 4/1/2024 12:28:28 AM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | So what you doing | 4/1/2024 12:31:09 AM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | I am going to Brush my teeth | 4/1/2024 12:32:51 AM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | I want picture of your whole body baby | 4/1/2024 12:33:44 AM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | When everyone go to sleep okay | 4/1/2024 12:34:45 AM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | And a video | 4/1/2024 12:34:45 AM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | Okay | 4/1/2024 12:35:01 AM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | What do you sweetie | 4/1/2024 12:37:00 AM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | Going to play music | 4/1/2024 12:39:14 AM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | I mean what do you miss sweetie | 4/1/2024 12:41:08 AM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | I miss you | 4/1/2024 12:41:48 AM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | You have to share a room | 4/1/2024 12:47:19 AM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | No | 4/1/2024 12:49:07 AM(UTC+0) |

| | | | |
|---|---|---|---|
| Luis Hernandez | Minor Victim #1 | You have your own room | 4/1/2024 12:50:02 AM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | Yes | 4/1/2024 12:52:09 AM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | So you get to do anything in your room | 4/1/2024 12:58:28 AM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | Yes | 4/1/2024 12:59:53 AM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | You wish I was there | 4/1/2024 1:04:23 AM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | Yes | 4/1/2024 1:04:53 AM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | What would you want to do if I was there | 4/1/2024 1:06:29 AM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | I will have sex with you | 4/1/2024 1:07:46 AM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | I want to see a video of you | 4/1/2024 1:10:33 AM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | Yes | 4/1/2024 1:10:43 AM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | But I even want to see your whole body to with your face | 4/1/2024 1:11:59 AM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | Everyone is sitl wake | 4/1/2024 1:12:37 AM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | Ok | 4/1/2024 1:12:50 AM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | I am living with a friend | 4/1/2024 1:13:32 AM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | Ok | 4/1/2024 1:15:00 AM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | You in your room | 4/1/2024 1:17:03 AM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | You asleep sweetie | 4/1/2024 1:22:42 AM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | No | 4/1/2024 1:25:27 AM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | You in your room baby | 4/1/2024 1:25:59 AM(UTC+0) |

4:24-mj-278

| From | To | Message | Timestamp |
|---|---|---|---|
| Minor Victim #1 | Luis Hernandez | Yes | 4/1/2024 1:26:08 AM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | Ok I almost thought you was mad at me | 4/1/2024 1:26:39 AM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | No | 4/1/2024 1:27:00 AM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | I am not mad at you | 4/1/2024 1:27:13 AM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | I wish everyone would go to sleep | 4/1/2024 1:28:12 AM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | Some people is asleep | 4/1/2024 1:29:28 AM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | Mom is asleep and my bothers | 4/1/2024 1:29:53 AM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | Do you have to go to the bathroom to do the pictures and video | 4/1/2024 1:33:31 AM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | I'm still up if you need to talk | 4/1/2024 1:38:54 AM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | Everyone is asleep | 4/1/2024 1:39:14 AM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | Mm fun | 4/1/2024 1:39:36 AM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | I Watching on my brother's phone it is redtude | 4/1/2024 1:41:10 AM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | I want to see a video of you | 4/1/2024 1:41:47 AM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | I even want to see you split your legs open so I can sew inside | 4/1/2024 1:44:17 AM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | My mom didn't go to work get | 4/1/2024 1:46:12 AM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | Does she work tonight | 4/1/2024 1:47:40 AM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | Yes | 4/1/2024 1:48:14 AM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | What time | 4/1/2024 1:48:30 AM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | Around twelve | 4/1/2024 1:48:57 AM(UTC+0) |

4:24-mj-278

| | | | |
|---|---|---|---|
| Luis Hernandez | Minor Victim #1 | Ok what are you wearing | 4/1/2024 1:49:36 AM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | My Jimmys | 4/1/2024 1:50:18 AM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | Pants | 4/1/2024 1:50:40 AM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | No | 4/1/2024 1:50:53 AM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | Shorts | 4/1/2024 1:51:06 AM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | No | 4/1/2024 1:51:38 AM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | Night gown and panties | 4/1/2024 1:52:10 AM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | Yes | 4/1/2024 1:55:48 AM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | Act like you have to go the bathroom so I can see underneath your night gown and panties | 4/1/2024 1:56:13 AM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | My mom is asleep you can show me that | 4/1/2024 1:57:05 AM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | Okay | 4/1/2024 1:57:23 AM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | *[Minor victim #1 sends a photo depicting a person in a bathroom wearing, what appears as if, a purple night shirt. Face is not visible.]* | 4/1/2024 1:58:10 AM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | Take them off | 4/1/2024 2:00:27 AM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | I want to see your ass | 4/1/2024 2:00:58 AM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | Okay | 4/1/2024 2:00:59 AM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | *[Minor Victim #1 sends a video depicting her anus and vagina, and then masturbates. Minor Victim #1's face is* | 4/1/2024 2:03:16 AM(UTC+0) |

17

| | | | |
|---|---|---|---|
| | | *viewable briefly at the beginning of the video.]* | |
| Luis Hernandez | Minor Victim #1 | Make sureyou delete everything | 4/1/2024 2:12:26 AM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | Good night I got school in the morning | 4/1/2024 2:13:35 AM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | Ok sweetie I'll be up later ok but don't forget to delete the message and stuff | 4/1/2024 2:15:24 AM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | I did | 4/1/2024 2:15:49 AM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | Ok sweetie like I said ill be up ok if you need to talk ok | 4/1/2024 2:17:54 AM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | Ues I will be up | 4/1/2024 2:21:51 AM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | Love you princess | 4/1/2024 2:24:19 AM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | I love you to | 4/1/2024 4:50:22 AM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | Hi sweetie | 4/1/2024 4:51:03 AM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | You go back to sleep sweetie | 4/1/2024 5:01:15 AM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | Let me know how school went ok | 4/1/2024 5:31:39 AM(UTC+0) |
| Minor Victim #1 | Luis Hernandez | Good morning I will have a good day at school okay | 4/1/2024 12:12:22 PM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | So how was your day at school and did that girl pick on you | 4/1/2024 9:07:06 PM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | And if you have homework need to do it and do your chores or help your mom with ever needs to be done okay | 4/1/2024 9:26:36 PM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | Did your mom get mad for you talking to me | 4/1/2024 10:50:26 PM(UTC+0) |
| Luis Hernandez | Minor Victim #1 | Hi sweetie | 4/1/2024 11:28:43 PM(UTC+0) |

4:24-mj-278

16.     I obtained records for Luis Hernandez. Iowa Driver's License records show a Luis Nathan Hernandez, with a date of birth of 03-XX-1976, with a listed address in the 400 block of S 18th Street, in Centerville, Iowa. I conducted a criminal history check for Hernandez. Hernandez is a registered sex offender who is on the Iowa Sex Offender Registry. Hernandez's criminal convictions include: Indecency with a child/exposes in Texas in 2004; Assault Causing Bodily Injury in Texas in 2010; Sex Offender Registry violation in Wayne County, Iowa in 2013; Sex Offender Registry Violation in Appanoose County, Iowa in 2013; and Assault in Appanoose County, Iowa in 2018.

4:24-mj-278

## CONCLUSION

17.     The facts presented in this affidavit are not a complete recitation of the facts known to law enforcement; rather, this affidavit is offered solely to establish probable cause for the crimes presented in this Affidavit.

18.     Based on a review of this case, and based on my knowledge, training, and experience, I submit that there is probable cause to believe that Luis Nathan Hernandez Jr. committed the offenses of: Production and Attempted Production of Child Pornography in violation of 18 U.S.C. §§ 2251(a) and (e); Offense by a Registered Sex Offender, in violation of 18 U.S.C. § 2260A; and Receipt and Attempted Receipt of Child Pornography in violation of 18 U.S.C. §§ 2252A(a)(2) and (b)(1).

I declare under penalty of perjury that the foregoing facts and circumstances are true and correct to the best of my knowledge and belief.

_6-17-24_
Date

_C. Thomas_
Chris Thomas
Task Force Officer
Federal Bureau of Investigation

Subscribed and sworn to before me this _17_ day of June, 2024

Hon. William P. Kelly
United States Magistrate Judge