**FILED**
**JUL 16 2024**
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 4:24-cr-091 |
| v. | INDICTMENT |
| LUIS NATHAN HERNANDEZ JR., | T. 18 U.S.C. § 2251(a) |
| | T. 18 U.S.C. § 2251(e) |
| Defendant. | T. 18 U.S.C. § 2252A(a)(2) |
| | T. 18 U.S.C. § 2252A(a)(5)(B) |
| | T. 18 U.S.C. § 2252A(b)(1) |
| | T. 18 U.S.C. § 2252A(b)(2) |
| | T. 18 U.S.C. § 2253 |
| | T. 18 U.S.C. § 2260A |

**THE GRAND JURY CHARGES:**

### COUNT 1
**(Production and Attempted Production of Child Pornography)**

On or about March 31, 2024, in the Southern District of Iowa, the defendant, LUIS NATHAN HERNANDEZ JR., attempted to and did employ, use, persuade, induce, entice, and coerce a minor, Minor Victim #1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and such visual depiction was actually transported and transmitted using any means and facility of interstate or foreign commerce and in and affecting interstate and foreign commerce.

This is a violation of Title 18, United States Code, Section 2251(a) and 2251(e).

1

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 2**</u>
**(Receipt and Attempted Receipt of Child Pornography)**

On or about March 31, 2024, in the Southern District of Iowa, the defendant, LUIS NATHAN HERNANDEZ JR., knowingly received and attempted to receive child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been, using any means and facility of interstate and foreign commerce, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer. Specifically, the defendant, LUIS NATHAN HERNANDEZ JR., received and attempted to receive image files of child pornography depicting Minor Victim #1 via the cellular telephone systems and onto the defendant's cellular telephone.

This is a violation of Title 18, United States Code, Section 2252A(a)(2) and 2252A(b)(1).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3
### (Production of Child Pornography)

On a date unknown, but during or about 2022, in the Southern District of Iowa, the defendant, LUIS NATHAN HERNANDEZ JR., did employ, use, persuade, induce, entice, and coerce a minor, Minor Victim #1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means.

This is a violation of Title 18, United States Code, Section 2251(a) and 2251(e).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 4
### (Possession of Child Pornography)

On or about April 17, 2024, in the Southern District of Iowa, the defendant, LUIS NATHAN HERNANDEZ JR., knowingly possessed material, namely, a T-Mobile Wingtech REVVL 6 Pro 5G Model TMAF035G cellular telephone, that contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), including images involving prepubescent minors and minors who had not attained 12 years of age, such images having been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and such images having been produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Section 2252A(a)(5)(B) and 2252A(b)(2).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 5**
**(Offense by a Registered Sex Offender)**

The defendant, LUIS NATHAN HERNANDEZ JR., committed a felony offense involving a minor under Title 18, United States Code, Section 2251, specifically, each of the offenses charged in Counts 1 and 3, at times when defendant was required to register as a sex offender under the laws of the state of Iowa.

This is a violation of Title 18, United States Code, Section 2260A.

THE GRAND JURY FINDS:

## NOTICE OF FORFEITURE

If the defendant, LUIS NATHAN HERNANDEZ JR., is convicted of Counts 1, 2, 3, and/or 4, he shall forfeit to the United States his interest in the following property:

a. Any and all visual depictions of minors engaging in sexually explicit conduct, including any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110.

b. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, including but not limited to a T-Mobile Wingtech REVVL 6 Pro 5G Model TMAF035G cellular telephone and a Samsung Galaxy, Model SM-A125U cellular telephone.

This is pursuant to Title 18, United States Code, Section 2253.

**A TRUE BILL.**

                                                    FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Adam J. Kerndt
Assistant United States Attorney