IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>LUIS NATHAN HERNANDEZ, JR.,<br><br>Defendant. | Criminal No. 4:24-cr-091<br><br>GOVERNMENT'S EXHIBIT LIST |

The United States respectfully submits the proposed exhibits under seal to be presented at the sentencing hearing scheduled in this matter.

| Exhibit No. | Description |
|---|---|
| 1 | Submissions in support of restitution for aprilblonde |
| 2 | Submissions in support of restitution for Ashley_081 |
| 3 | Submissions in support of restitution for BluePillow1 |
| 4 | Submissions in support of restitution for CinderblockBlue |
| 5 | Submissions in support of restitution for MotorCouch1 |
| 6 | Submissions in support of restitution for Sweet Purple Sugar |
| 7 | Submissions in support of restitution for Sweet White Sugar |
| 8 | Submissions in support of restitution for Tara |
| 9 | Submissions in support of restitution for ZooFamily1 |

                              Respectfully Submitted,

                              Richard D. Westphal
                              United States Attorney

By:    */s/ Adam J. Kerndt*
            Adam J. Kerndt
            Assistant United States Attorney
            Neal Smith Federal Building
            210 Walnut Street, Suite 455
            Des Moines, Iowa  50309
            Tel:  (515) 473-9300
            Fax:  (515) 473-9292
            Email: Adam.Kerndt@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2025, I electronically filed the foregoing with the Clerk of Court using the CM ECF system.  I t hereby certify that a copy of this document was served on the parties or attorneys of record by:

\_\_\_U.S. Mail \_\_\_\_\_ Fax \_\_\_\_\_Hand Delivery

 X   ECF/Electronic filing    \_\_\_Other means

UNITED STATES ATTORNEY
By*:  Janna Colvin*
    Paralegal Specialist